**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUSTIN FLEEMAN,<br><br>   Plaintiff,<br><br>  v.<br><br>COUNTY OF KERN, DONNY YOUNGBLOOD, RICHARD CARRETT, DUSTIN CONTRERAS, WILLIAM DAVIS, DAVID KESSLER, and T.R. MERICKEL<br><br>   Defendants. | Case No.: 1:20-cv-0321 NONE JLT<br><br>ORDER TO PLAINTIFF TO SHOW CAUSE WHY DEFENDANTS YOUNGBLOOD, GARRETT, CONRERAS, DAVIS, KESSLER, AND MERICKEL SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH FED.R.CIV.P.4(M) AND THE ORDERS OF THE COURT |

  Justin Fleeman initiated this action by filing a complaint against the County of Kern and several of its employees on February 28, 2020. (Doc. 1) Though the County responded to the complaint by filing a motion to dismiss (Doc. 11), the plaintiff has not filed proof of service for any of the individual defendants, and none have appeared.

  In its order setting the mandatory scheduling conference, the Court advised counsel:

> [P]laintiff(s) shall diligently pursue service of summons and complaint and dismiss those defendants against whom plaintiff(s) will not pursue claims. Plaintiff(s) shall promptly file proofs of service of the summons and complaint so the Court has a record of service. Counsel are referred to F.R.Civ.P., Rule 4 regarding the requirement of timely service of the complaint. Failure to timely serve summons and complaint may result in the imposition of sanctions, including the dismissal of unserved defendants.

(Doc. 6 at 1)  Rule 4(m) of the Federal Rules of Civil Procedure provides that dismissal is appropriate when defendants are not served within 90 days of the filing of the complaint. Therefore, the Court

1

**ORDERS**,

1. **No later than March 5, 2021**, the plaintiff **SHALL** show cause why sanctions, up to and including dismissal of the unserved defendants, should not be imposed for the failure to serve the summons and complaint and comply with the orders of the Court. Alternatively, the plaintiff may file the proofs of service for the unserved defendants or a voluntary dismissal as to Youngblood, Garrett, Contreras, Davis, Kessler, and Merickel.

**Plaintiff is advised that the failure to comply will result in a recommendation that the matter be dismissed as to defendants Youngblood, Garrett, Contreras, Davis, Kessler, and Merickel.**

IT IS SO ORDERED.

Dated: **February 19, 2021**          /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE

2