# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN FLEEMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF KERN, DONNY YOUNGBLOOD, RICHARD CARRETT, DUSTIN CONTRERAS, WILLIAM DAVIS, DAVID KESSLER, and T.R. MERICKEL<br><br>        Defendants. | Case No.: 1:20-cv-00321 NONE JLT<br><br>ORDER TO PLAINTIFF TO SHOW CAUSE WHY DEFENDANTS YOUNGBLOOD, GARRETT, CONRERAS, DAVIS, KESSLER, AND MERICKEL SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH FED.R.CIV.P.4(M) AND THE ORDERS OF THE COURT |

      The Court ordered the plaintiff to show cause why the individual defendants, Youngblood, Garrett, Contreras, Davis, Kessler and Merickel should not be dismissed due to his failure to comply with Fed.R.Civ.P. 4(m) (Doc. 24). Indeed, the action was filed, and the summonses issued more than a year ago (Docs. 1, 7, 8) yet the plaintiff has made no real effort to serve the defendants.

      In response to the order to show cause, the plaintiff indicates that the process server "was denied access to these Sheriff's Office employees" and concludes that he "was unable to sub-serve them." Doc. 26 at 2. The plaintiff offers no factual explanation to support this conclusion. The denial of access to the individual does not equate to an inability to affect substitute service. Indeed, that it the very problem substitute service is designed to address. Cal.Code Civ.Proc § 415.20.

///

///

1

Thus, the plaintiff SHALL file proof of service on the individual defendants within 21 days or the Court will recommend dismissal of these defendants.[1]

IT IS SO ORDERED.

Dated: __March 11, 2021__        __/s/ Jennifer L. Thurston__
                                                            UNITED STATES MAGISTRATE JUDGE

---

[1] The "drive-by" request to open discovery without a formal, noticed discovery motion, which considers the need for the information when weighed against the need to maintain the confidentiality of the home addresses of law enforcement officers, is DENIED.

2