UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUSTIN FLEEMAN, an individual, | ) | Case No.: 1:20-cv-00321-NONE-JLT |
| | ) | |
| Plaintiff, | ) | [~~PROPOSED~~] **ORDER GRANTING JOINT** |
| vs. | ) | **REQUEST TO SEAL DOCUMENTS** |
| | ) | **(Doc. 31)** |
| COUNTY OF KERN, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Based upon the joint request of the parties and good cause appearing, the Court

**ORDERS**:

1. The documents filed collectively as ECF Document No. 30 shall be **SEALED;**
2. Plaintiff may file the Redacted Proofs of Service submitted to the Court concurrently with the Joint Request to Seal Documents.

IT IS SO ORDERED.

Dated: __April 6, 2021__              _____/s/ Jennifer L. Thurston
                                                    CHIEF UNITED STATES MAGISTRATE JUDGE