UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN FLEEMAN,<br><br>        Plaintiff,<br><br>v.<br><br>COUNTY OF KERN, et al.,<br><br>        Defendants. | Case No.  1:20-cv-00321-NONE-JLT<br><br>**ORDER GRANTING STIPULATION RE; PLAINTIFF'S FIRST AMENDED COMPLAINT AND DEFENDANTS' RESPONSIVE PLEADING**<br><br>**(Doc. 33)** |

The parties have stipulated that the plaintiff will file his first amended complaint by April 26, 2021. (Doc. 33) This shortens the amount of time provided by the Court in the order adopting the findings and recommendations to grant the motion to dismiss (Doc. 29). The parties also agree that the defendants will have 30 days from the filing of the first amended complaint to file a responsive pleading. (Doc. 33) Thus, the Court **ORDERS**:

1. The plaintiff may file a first amended complaint, if at all, by April 26, 2021;

2. The defendants SHALL file a responsive pleading within 30 days thereafter.

IT IS SO ORDERED.

Dated:   **April 6, 2021**                     _ **/s/ Jennifer L. Thurston**
                                                                CHIEF UNITED STATES MAGISTRATE JUDGE