UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN FLEEMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF KERN, *et al.*,<br><br>        Defendants. | Case No. 1:20-cv-00321-JLT-CDB<br><br>ORDER GRANTING PARTIES' STIPULATED REQUEST TO EXTEND DEADLINES<br><br>(Doc. 80)<br><br>ORDER REQUIRING PARTIES TO FILE JOINT DISCOVERY MANAGEMENT REPORT<br><br>**<u>14-DAY DEADLINE</u>** |

**<u>Background</u>**

    Pending before the Court is the parties' joint stipulated request (Doc. 80) to extend the discovery deadlines provided for in the scheduling order (Doc. 71). The parties support their request with the attached declaration of Kevin Schwin, counsel for Plaintiff. (Doc. 80-2).

    In support of the request, the parties represent that they have been actively engaged in written discovery, including interrogatories, requests for production of documents, and requests for admission, since the entry of the scheduling order on January 24, 2024. (Doc. 80 at 2). They further represent that they have met and conferred to informally resolve disputes regarding written

discovery requests, document requests, and interrogatories, and agreed to a stipulated protective order, filed on November 6, 2024 (Doc. 79). *Id.* The parties provide that their efforts to resolve such disputes were necessary prior to taking depositions. *Id.* They further state that Plaintiff's counsel will be out of the country from November 16, 2024 through December 2, 2024. *Id.*; (Doc. 80-2 at 4). The parties offer that they met and conferred telephonically to discuss the written discovery and depositions, as well as a continuance of the discovery and non-dispositive motion deadlines. *Id.* On November 6, 2024, the parties agreed upon extensions to the deadlines in the scheduling order that, they provide, will allow additional time to complete fact and expert discovery and prepare for the pretrial conference, settlement conference, and trial. *Id.* at 2-3.

The parties note the proposed extensions will not affect the current dates for filing and hearing of dispositive motions, the pretrial conference, and trial. *Id.* at 3.

The parties propose the following extended deadlines (*id.* at 3-4; Doc. 80-2 at 4-5):

| | |
|---|---|
| Fact Discovery Deadline: | 03/07/2025 |
| Expert Witness Disclosure: | 02/03/2025 |
| Rebuttal Expert Disclosure: | 02/21/2025 |
| Expert Discovery Deadline: | 03/07/2025 |
| Non-Dispositive Motion Deadlines: | |
|     Filing: | 03/07/2025 |
|     Hearing: | 04/04/2025 |

For good cause shown, the parties' stipulated request to extend deadlines (Doc. 80) will be granted.

To ensure compliance with the Court's earlier reminder to the parties of "their obligation to diligently pursue and timely complete discovery within the scheduled case management dates" (*see* Doc. 75) and given the parties' indication that they anticipate noticing numerous depositions (Doc. 80 at 2), the Court will require the parties to meet/confer and file a joint discovery management report documenting diligent discovery management efforts.

//

2

**Conclusion and Order**

For the reasons set forth above, it is HEREBY ORDERED:

1. The operative scheduling order (Doc. 71) is amended to the following extent, all other provisions remain unchanged:

   Fact Discovery Deadline:        03/07/2025

   Expert Witness Disclosure:      02/03/2025

   Rebuttal Expert Disclosure:     02/21/2025

   Expert Discovery Deadline:      03/07/2025

   Non-Dispositive Motion Deadlines:

       Filing:        03/07/2025

       Hearing:       04/04/2025

2. Within 14 days of entry of this order, the parties SHALL FILE a discovery management report documenting: (1) meet and confer efforts between counsel and all anticipated deponents regarding their availability to appear for depositions and (2) a preliminary schedule for the anticipated noticing of depositions for all witnesses.

**Failure to timely comply with this order may result in the imposition of sanctions.**

IT IS SO ORDERED.

Dated:   **November 13, 2024**                    _____

                                              UNITED STATES MAGISTRATE JUDGE